| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Tallman, Howard R. | 2. Court or Organization<br><br>Bankruptcy Court -- Colorado | 3. Date of Report<br><br>04/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>721 19th Street<br>Denver, CO 80202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law Education Institute/ Colorado Bar Association | January 5-8, 2012 | Snowmass, Colorado | Speaker at national CLE | Seminar registration, lodging and meals |
| 2. | American Bankruptcy Institute | January 19-20, 2012 | Denver, Colorado | Speaker at national CLE | Seminar registration and meals |
| 3. | National Assoc. of Bankruptcy Trustees | September 5-9, 2012 | Colorado Springs, Colorado | Speaker at national CLE | Seminar registration, lodging, meals and entertainment |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. KeyBank -- Accounts | A | Interest | L | T | | | | | |
| 2. IRA No. 1 -- SEI Group | D | Dividend | N | T | | | | | |
| 3. ---Large Cap Value | | | | | | | | | |
| 4. ---Large Cap Growth | | | | | | | | | |
| 5. ---Small Cap Value | | | | | | | | | |
| 6. ---Small Cap Growth | | | | | | | | | |
| 7. ---Core Fixed Income | | | | | | | | | |
| 8. ---International Fixed Income | | | | | | | | | |
| 9. ---Emerging Markets Debt | | | | | | | | | |
| 10. ---High Yield Bonds | | | | | | | | | |
| 11. ---International Equity | | | | | | | | | |
| 12. ---Emerging Markets Equity | | | | | | | | | |
| 13. ---Prime Obligation | | | | | | | | | |
| 14. IRA No. 2 -- Oppenheimer Fund | A | Interest | K | T | | | | | |
| 15. Mutual Fund 1 - SEI Group | | | | | | | | | |
| 16. ---Tax Managed Large Cap (X) | B | Dividend | K | T | Sold (part) | 01/09/12 | J | A | See Part VIII, No. 1 |
| 17. | | | | | Sold (part) | 12/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Small Cap Value | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 19. | | | | | Sold (part) | 12/13/12 | J | A | |
| 20. ---Small Cap Growth | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 21. | | | | | Sold (part) | 12/13/12 | J | A | |
| 22. ---Intermediate-Term Municipal | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 23. | | | | | Sold (part) | 12/13/12 | J | A | |
| 24. ---International Fixed Income | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 25. | | | | | Sold (part) | 12/13/12 | J | A | |
| 26. ---Emerging Markets Debt | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 27. | | | | | Sold (part) | 12/13/12 | J | A | |
| 28. ---High Yield Bonds | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 29. | | | | | Sold (part) | 12/13/12 | J | A | |
| 30. ---International Equity | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 31. | | | | | Sold (part) | 12/13/12 | J | A | |
| 32. ---Emerging Markets Equity | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 33. | | | | | Sold (part) | 12/13/12 | J | A | |
| 34. ---Tax-Free Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Fund 2 - SEI Group | | | | | | | | | |
| 36. ---Tax Free Fund | A | Interest | K | T | | | | | |
| 37. ---Tax Managed Vol. Fund | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 38. | | | | | Sold (part) | 12/13/12 | J | A | |
| 39. ---Tax Managed Large Cap | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 40. | | | | | Sold (part) | 12/13/12 | J | A | |
| 41. ---Short Duration Muni | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 42. | | | | | Sold (part) | 12/13/12 | J | A | |
| 43. ---Tax Advantage Income | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 44. | | | | | Sold (part) | 12/13/12 | J | A | |
| 45. ---Intermediate Term Muni | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 46. | | | | | Sold (part) | 12/13/12 | J | A | |
| 47. Jackson National Life | B | Interest | K | T | | | | | |
| 48. Genworth Life Ins. Co. | A | Interest | J | T | | | | | |
| 49. Icon Income Fund Eleven | A | Distribution | J | T | | | | | |
| 50. Pacific Life Variable Annuity | | None | L | T | | | | | See Part VIII, No. 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 16. This fund catagory was inadvertantly omitted from FDR 2011, but was reported in previous applicable FDRs. An amendment will be filed to correct the omission.

2. Part VII, Line 50. The income and value are reported in an aggregate amount for the investment as reflected in the annuity's price per unit/share. The only input that I or my financial adviser had in this annuity investment was to provide an initial risk profile. Neither of us has any control over the choice of investment sub-accounts or the allocation of funds among those various sub-accounts. Funds are re-invested or re-balanced by the issuer using either existing, replacement or additional sub-accounts, without prior notice to or input from us.

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/04/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard R. Tallman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544